____FILED ____ENTERED
____LODGED ____RECEIVED

JAN 1 3 2020

Page one original

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BY DEPUTY

Joseph Miller
Saint Elizabeth Hospital
1100 Alabama Ave. S.E.
Wash. D.C. 20032
01-18-1966

**Plaintiff,**

MR. Larry HOGAN
Maryland STATE
Governor is
liable for Un-
lawful errors

*(Full name and address of respondent)*

**Defendant(s).**

Case No.: TDC-20-101
*(Leave blank. To be filled in by Court.)*

**COMPLAINT**

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☒ NO ☐

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: Joseph Miller

Defendant(s): vs. Larry HOGan

2. Court (if a federal court name the district; if a state court name the city or county): U.S. Dist. Ct. of Maryland

Plaintiff never heard Any Reply A makeshift Form was used 12-23-19.

original pg. 2

3. Case No.: It had not been Acted.

4. Date filed: 12-23-2020

5. Name of judge that handled the case: No Judge responded.

6. Disposition (won, dismissed, still pending, on appeal): Still in the mail as Far as I Know. pending

7. Date of Disposition:

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☒ NO ☐

1. If you answered YES:

a. What was the result? on 11-20-19, EVANS or Miller won Grievance.

b. Did you appeal? NO need For Appeal.

YES ☐ NO ☐ Non-Applicable

2. If you answered NO to either of the questions above, explain why: The state erroneously had plaintiff prosecuted.

III. Statement of Claim

(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 11-18-19 The state of Maryland erroneously had plaintiFF prose-cuted For no reason.

Contact the District Court of MD. Relief: Grant this Motion to dis-Cover the Complete File in this Matter. one

1 original of

IV. Relief

(State briefly what you want the Court to do for you.)

Damages: Suidcidal Ideations. precautions were ordered. At the Facility-gloom-doom. a.m.

Relief: $1 8.0 a.m.

SIGNED THIS 06 4th day of January 2020

Statement of Claim

Maryland Swore that, Joseph Miller Evans, did not, Com-mit parole vio-lation And Robbery in D.C. But, in Va. -Arlington-

Signature of Plaintiff

Joseph Miller

Printed Name

Wash. D.C. S.E. 1100 Alabama Ave 20032

Address

202 2995809

Telephone Number

-none-

Email Address

DEAR COURT,

IT is absolutely, hard; to Find out, who Exactly; instituted the Erroneous, Due process violation. Be-Cause thousands took Part.